IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00544-PAB

NANCY P. ASSAD TRUST, GEORGE ASSAD, TRUSTEE, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,
v.
BERRY PETROLEUM COMPANY,
LINN ENERGY, LLC,
LINNCO, LLC,
LINN ACQUISITION COMPANY, LLC,
BACCHUS HOLDCO, INC.,
BACCHUS MERGER SUB, INC.,
MARTIN H. YOUNG, JR.,
ROBERT F. HEINEMANN,
RALPH B. BUSCH III,
WILLIAM E. BUSH, JR.,
STEPHEN L. CROPPER,
J. HERBERT GAUL, JR.,
STEPHEN J. HADDEN,
THOMAS J. JAMIESON,
J. FRANK KELLER, and
MICHAEL S. REDDIN,

     Defendants.

---

## FINAL JUDGMENT

---

     In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

     Pursuant to the Order Of Dismissal [Docket No. 10] of Judge Philip A. Brimmer entered on March 20, 2013 it is

     **ORDERED** that Plaintiff's Motion for Leave to Take Jurisdictional Discovery [Docket No. 8] is DENIED; it is further

     **ORDERED** that this case is dismissed without prejudice for lack of subject matter

jurisdiction.

DATED at Denver, Colorado, this 22nd day of March, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: <u>s/Edward P. Butler</u>
      Edward P. Butler, Deputy Clerk